PD-0244-18
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/5/2018 3:07 PM
Accepted 3/7/2018 1:29 PM
DEANA WILLIAMSON
CLERK

## COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

FILED
COURT OF CRIMINAL APPEALS
3/7/2018
DEANA WILLIAMSON, CLERK

| | | |
|---|---|---|
| **GEORGE BRISCOE,** | § | |
| **Appellant,** | § | |
| **vs.** | § | **CAUSE NO. 06-17-00061-CR** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee.** | § | |

## MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Appellant, by and through his Attorney of Record, MARK T. LASSITER, and tenders, pursuant to the Texas Rule of Appellate Procedure 38.6(d), this Motion for Extension of Time. In support of this motion, Appellant would show the following:

### I.

*Mr. Lassiter has been involved with several felony jury trials and is expecting his second child to be born any moment; thus, has not been able to finish his petition for discretionary review.*

### II.

This motion is not made for purposes of delay but that justice may be done. This is Appellant's first request for a continuance.

WHEREFORE, PREMISIS CONSIDERED, the Defendant/Appellant respectfully requests that this motion be granted.

**PAGE - 1**

Respectfully submitted,

**LAW OFFICE OF MARK T. LASSITER**


/s/Mark Lassiter_____
MARK T. LASSITER

3500 Maple Avenue
Suite 400
Dallas, Texas 75219
mark@lomtl.com
(214) 845-7007 (Telephone)
(214) 845-7006 (Facsimile)
Texas State Bar No. 24055821

ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion was forwarded to the Hunt County District Attorney's Office via facsimile transmission, on this the same day this motion was filed.


MARK T. LASSITER_____